# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
07 SEP 18 PH 1: [illegible]
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
[illegible] DISTRICT OF CALIFORNIA

CR 07 0592 CRB

UNITED STATES OF AMERICA,

V.

SERGIO RAMOS-GARCIA

DEFENDANT.

---

# INDICTMENT

VIOLATION: Title 8, United States Code, Section 1326
- Illegal Reentry by an Alien After Deportation

---

A true bill.

_____ Foreman

Filed in open court this _____ day of
September 2007

_____ Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Count 1: 8 USC section 1326,
Illegal Re-Entry After Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Class D Felony: Max. 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment; potential deportation

### DEFENDANT - U.S.
▶ Sergio Ramos-Garcia, a/k/a Carlos Franco-Sigala

**DISTRICT COURT NUMBER**
CR 07 0592

CRB

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
DHS/ICE Deportation Officer Pollt Kaiser

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**
3-07-70527 EDL

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Denise Marie Barton

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed  9/7/2007

**DATE OF ARREST** ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year  9/7/2007

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,         )   CR 07  0592
                                      )   No.
12         Plaintiff,                 )
                                      )   VIOLATION: Title 8, United States Code
13                                    )   Section 1326 – Illegal Reentry by an Alien
       v.                             )   After Deportation
14                                    )
    SERGIO RAMOS-GARCIA,               )   SAN FRANCISCO VENUE
15     a/k/a Carlos Franco-Sigala,    )
                                      )
16         Defendant.                 )
                                      )
17  _____)

18                  INDICTMENT

19

20  The Grand Jury charges:

21     On or about July 30, 2007, the defendant,

22              SERGIO RAMOS-GARCIA,
                a/k/a Carlos Franco-Sigala,
23

24  an alien, having been previously excluded, deported, and removed from the United States, was

25  found in the Northern District of California, the Attorney General of the United States and the

26  //

27  //

28  //

    INDICTMENT

*FILED 07 SEP 18 PM 1:27 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

1  Secretary for Homeland Security not having expressly consented to a reapplication by the
2  defendant for admission into the United States, in violation of Title 8, United States Code,
3  Section 1326.

5  DATED: September 18, 2007                    A TRUE BILL.

                                                _____
7                                               FOREPERSON

   SCOTT N. SCHOOLS
9  United States Attorney

   _____
11 GREGORY W. LOWDER
   Deputy Chief, Major Crimes Section

13 (Approved as to form: _____
14                          AUSA BARTON

INDICTMENT                              2