| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **October 24, 2007**

FILED

OCT 2 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reporter: **Connie Kuhl**

Case No: CR-07-0592- CRB

DEFT:  SERGIO RAMOS-GARCIA
(X)Present

AUSA:  Denise Barton
Spanish Interpreter:  Christine Visus

DEF ATTY:  Daniel Blank

**REASON FOR HEARING**    Change of Plea

**RESULT**  defendant placed under oath, enters a plea of guilty to the indictment. The Court accepts the plea of guilty and the defendant is adjudged guilty. The Court refers matter to the probation department for a report on criminal history category only to be completed by 10/29/07.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** October 31, 2007 @ 2:15 p.m.  **for** Judgment and Sentence

**JUDGMENT**_____

Notes:   defendant remanded to custody