UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE CHARLES R. BREYER
Courtroom Clerk: Barbara Espinoza

**CRIMINAL PRETRIAL MINUTES**

FILED
NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: **October 31, 2007**

Reporter: **James Yeomans**

Case No: **CR-07-0592-CRB**

DEFT: **SERGIO RAMOS-GARCIA**
(X)Present

AUSA: _Denise Barton_
Interpreter: _Melinda Basker_

DEF ATTY: _Dan Blank_

**REASON FOR HEARING**      Judgment and Sentence

**RESULT**   Parties waive pre sentence report.  Defendant sentenced

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**_____  for_____

**JUDGMENT**  twelve (12) months-one (1) day upon release to three (3) years supervised release. Assessment: $100.00, Fine: waived.

Notes:   Defendant remanded to custody